**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

**NOTICE TO COUNSEL**

Civil Case No.: 0:01cv2418 (DWF/ESS)

Mack
v.
Riddle

**IN RE: Notice of Reassignment of Magistrate Judge - NEW** 0:01cv2418 (DWF/RLE)

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Vicki Miller at 218-529-3520.

**DATED: June 17, 2002**

Richard D. Sletten
**Richard D. Sletten**

**FILED 6/17/02**
**Richard D. Sletten, Clerk**
**DEPUTY CLERK** jcc

(22)