05/28/2004 08:34 DEPARTMENT OF CORRECTIONS 
CMOEN MCF-RC OTRCSTUB

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 05/28/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 05/28/2004 Payee Name : UNITED STATES DISTRICT COURT-MINNESOTA
Check Number : 15212 Payee Address:
Check Amount : $11.20

| ***** TRANSACTION ***** Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $11.20 | 2340537 | 4 | 27-05-2004 | RCUNI-PAY DEDUCTION-FEDL-CIV#03-5266 D | 0000125842 | MACK, ERIC NMN |

Thu Jun 3 11:53:02 2004

UNITED STATES DISTRICT COURT
DULUTH, MN

Receipt No. 500 113553
Cashier jennyb

Tender Type CHECK

Check Number: 015212

Transaction Type AR

DO Code 4641 Div No 5 Acct 085?00

Amount $ 11.20

ERIC MACK 0:01-CV-2418/PAID BY MCF RUSH CITY

PARTIAL PAYMENT OF APPEAL FEE

RECEIVED
04 JUN -3 AM 8:45
CLERK US DIST COURT DULUTH MN

SCANNED
JUN 3 2004
U.S. DISTRICT COURT DULUTH