Legal Mail-Initial Rec'd
Return to Prisoner

U.S. DISTRICT COURT
MINNESOTA

RECEIVED
BY MAIL
OCT 14 2004
CLERK, US DIST. COURT
ST. PAUL, MN

7600-525th St.
Rush City, MN
55069

October 12, 2004

Re: Filing Fee

Richard Sletten
Clerk of the Court
316 N. Robert St.
St. Paul, MN 55101

01CV2418 DWF/RLE

Greetings; Clerk of the Court,

This matter involves a prior case, (01-2418) initially filed in this Court, January 2, 2002 (civil rights complaint) assigned to U.S. District Judge, Donovan W. Frank, and U.S. Magistrate Judge, E.S. Swearingen. The writer request this Clerk's assistance in straightening out the matter, by corresponding with the U.S. District Court's Clerk, for the Middle District of Alabama, (i.e. Debra Hackett) and Clerk of the Court for the U.S. Court of Appeals for the Eight Circuit (i.e., Michael Gans).

The issue being, I'm assessed two filing fees for the same case, (conceding the point that there were two appeals in the case i.e., one to the Eight Circuit, and one to the Eleventh Circuit) that in order to resolve this matter your assistance is necessary and relevent.

The record will reveal, on January 9, 2002 U.S. Magistrate Judge, Swearingen issued his report and Recommendation, i.e., that the complaint be transferred to the U.S. District Court for the Middle District of Alabama.

SCANNED
OCT 14 2004
U.S. DISTRICT COURT ST. PAUL

That, on February 22, 2002 the Court (Minnesota) Adopted the Recommendation & Report of the U.S. Magistrate Judge, resulting in a transfer of the complaint to the U.S. District Court for the Middle District of Alabama. However, subsequent to the Court's Order, a "notice of intent" was filed.

The record will show, on April 10, 2002 the U.S. Magistrate Judge for the M.D. of Alabama recommended the complaint be transferred back to the U.S. District Court -Minnesota. On May 2d, 2002 the U.S. District Court for the M.D. of Alabama Ordered the transfer of the complaint back to the U.S. District Court -Minnesota, pending appeal from that's Court's Order of February 22, 2002.

Next, on June 26, 2002 the U.S. Court of Appeals for the Eight Circuit Court of Appeals remanded the case (01-2418) back to the U.S. District Court -Minnesota- for the limited purpose of determining the appellant's fee status, proceeding under case number 02-8015 (previously 02-2868).

On September 4, 2002 the U.S. Court of Appeals for the Eight Circuit, denied as moot, appellant's petition to appeal, affirming the judgement of the U.S. District Court's -Minnesota- transfer of the complaint to the U.S. District Court for the Middle District of Alabama.

Next; The record will reveal, upon the transfer of the complaint by the U.S. District Court -Minnesota, to the U.S. District Court for the Middle District of Alabama (order of Feb. 22, 2002 DWF/ESS) the file/case number is identified as 02-D-272-N. (See, Orders dated, May 2d, and April 10, 2002 U.S.Dist.Ct, M.D. Ala.).

Next, on October 6, the U.S. District Court for the M.D. of Alabama marked filed a motion submitted, changing its' initial file/ case number (02-D-272-N) to 02-A-1207-N, wherefore, under this case number a filing fee was assessed, in addition to, the fee for appealing the Court's Judgement.

This request ask's that this Court's Clerk correspond with the Clerk of the U.S. District Court for the M.D. of Alabama (address listed below) to correct a manifest error. Recognizing that the original filing fee for case number's (01-2418) and (02-A-1207-N) are one and the same, and there should be only a appellate fee for (02-A-1207-N) because the filing fee have already been assessed in this Court, and paid, or is close to being paid.

Thanking you for your assistance in this matter this 12th day of October, 2004.

Respectfully requested

Mr. Mack, Eric #125842

Mr. Mack, Eric #125842

cc:

Debra Hackett
**CLERK OF THE COURT**
U.S. District Court
M.D. Alabama
One Church Street
P.O. Box 711
Montgomery, AL
36104

**NOTICE:** Mailed from a MN Correctional Facility
Name: Mr. Mack, Eric
OID#: #125842
Address: 7600-525th St.
City/State/Zip: Rush City, MN 55069

RUSH CITY MN OCT 13'04
PB METER 7139500
0.60
U.S. POSTAGE

**RECEIVED**
BY MAIL
OCT 14 2004
CLERK, US DIST. COURT
ST. PAUL, MN

TO: RICHARD SLETTEN
**CLERK OF THE COURT**
316-North Robert St.
St. Paul, MN
55101

**LEGAL MAIL**

55101+1435 06