Mon Mar 28 14:26:59 2005

UNITED STATES DISTRICT COURT

DULUTH, MN

Receipt No. [illegible]
Cashier [illegible]

Tender Type CHECK

Check Number: 0156366

Transaction Type AR

| | | |
|---|---|---|
| DO Code | Div No | Acct |
| 4641 | 5 | 086[illegible] |

Amount $ [illegible].00

ERIC MACH 0:01-CV-2418 PAID BY MDF [illegible]
CITY

PARTIAL PAYMENT OF APPEAL FEE

SCANNED
MAR 2 9 2005
U.S. DISTRICT COURT DULUTH