Thu Jun 30 12:01:44 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 284622
Cashier sheri

Tender Type CHECK

Check Number: 020536

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 23.27

ERIC MACK 0:01-CV-2418/PAID BY MN CORREC
TIONAL FACILITY RUSH CITY

FINAL PAYMENT OF APPEAL FEE

DWF/RLE

Thu Jun 30 12:01:44 2005

Check No. 020536
Amount$ 23.27
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4641

SCANNED
JUN 30 2005
U.S. DISTRICT COURT MPLS

```
[accrecv]                    CFS-1 V8.2 -- Minnesota        30 JUN 2005 - 11:15
[I]NQUIRE                 Accounts Receivable Maintenance

PAYOR NUMBER   : 290588083         NAME    :
INVOICE NUMBER: 2418               ADDR1   :
                                   ADDR2   :
                                   CITY    :                 ST:   ZIP:
DIVISIONAL OFFICE: 0             IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL    DESC:

OFFICE:      FY: 02    FUND: 0869PL
BUDGET ORG:              BUDGET OBJ CLASS:

DATE OF SERVICE: 06/26/02
LATEST RECEIPT NUMBER: 50011374101
LATEST RECEIPT DATE  : 03/28/05

TOTAL AMT OWED:           105.00
LATEST PAYMENT:             2.03
TOTAL AMT PAID:            81.73
BALANCE OWED  :            23.27
[N]EXT, [P]REVIOUS, [S]TOP
searched:   1482 selected:       5 current:      3

[accrecv]                    CFS-1 V8.2 -- Minnesota        30 JUN 2005 - 11:15
[I]NQUIRE                 Accounts Receivable Maintenance

PAYOR NUMBER   : 290588083         NAME    :
INVOICE NUMBER: 305266             ADDR1   :
                                   ADDR2   :
                                   CITY    :                 ST:   ZIP:
DIVISIONAL OFFICE: 0             IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL    DESC:

OFFICE:      FY: 03    FUND: 0869PL
BUDGET ORG:              BUDGET OBJ CLASS:

DATE OF SERVICE: 10/08/03
LATEST RECEIPT NUMBER: 50011352701
LATEST RECEIPT DATE  : 04/26/04

TOTAL AMT OWED:            60.00
LATEST PAYMENT:            11.64
TOTAL AMT PAID:            13.27
BALANCE OWED  :            46.73
[N]EXT, [P]REVIOUS, [S]TOP
searched:   1482 selected:       5 current:      5
```

**UNITED STATES DISTRICT COURT**

7600-525th St.
Rush City, MN
55069

RECEIVED BY MAIL
2005 JUN 30 AM 9:27
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

June 20, 2005

Re: Case No. 01-CV-2418,
Balance of Filing Fee

Jennifer Nurnberger
Financial Technician
300-S. Fourth St.
Ste. 202
Minneapolis, MN
55415

Greetings; Jennifer

This correspondence intent is to have you to recheck, and confirm the correct balance due on the above-stated account. I believe there may have been an accounting error, which would reduce the balance by (2) two or (3) three dollars, (I know, its' small) in any case, I'm submitting $25.30 for the identified balance to close out the account.

I'll contact you later, regarding the balance on, Mack v. Parker, et al, case no.: 03-CV-5266.

Thanking you in advance!
Sincerely

Mr. Mack, Eric #125842
Mr. Mack, Eric

6/20/05

DEPARTMENT OF CORRECTIONS
MCF-RUSH CITY

# OFFENDER WITHDRAWAL REQUEST

Multiple Copies: Type or press firmly. Complete in Ink.

## WITHDRAWAL INFORMATION - PART 1

Offender Name: Mr. Mack, Eric OID: 125842 Complex/Liv. Unit: 4S Room/Cell: 251-L

**PAYABLE TO:**

Name: ~~MCF-RUSH CITY, CORR. FAC.~~
Address: ~~7600-525th St.~~
~~RUSH CITY, MN 55069~~

Reason for Withdrawal (check one)

| | | | |
|---|---|---|---|
| ___ | Special Order | ___ | UPS |
| XXX | Money Sent Out | ___ | Mail/Postage |
| ___ | Photo Copies | ___ | Photographs |
| ___ | Barbershop | ___ | Complex/Unit Activity |
| | | ___ | Group Acct. ___ |

Other: ___

Offenders may not send money to or receive from another offender or another offender's family, visitors, correspondents or someone at the correspondent's address. Violation of this may result in discipline.

## SPECIAL ORDER INFORMATION - PART 2

| Quantity | Description | Catalog No. | Page No. | Size | Color | Ship Wt. | Total Price |
|---|---|---|---|---|---|---|---|
| | BALANCE DUE OF CIVIL SUIT, | | | | | | |
| | e.g., Mack v. Riddle, et al | | | | | | |
| | 0:01-CV-02418 (DWF-RLE) | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Complete ONE "Ship To" Address

SHIP TO: (Name and Number) ___

C/O Property/Commissary
MCF- ___

SHIP TO:
U.S. District Court
300-S. Fourth St.
Suite 202
Minneapolis, MN 55415

Sub Total: ___
Sales Tax: ___
Shipping: ___
Charge: ___
**Total:** ___

## APPROVALS - PART 3

Please charge $ ~~[illegible]~~ $25.30 to my Spending Account.

Mr. Mack, Eric #125842
Offender Signature OID Number

Hobbycraft / Administrative Approval Date

[signature] 6/20/05
Signature Verified by Date

Property Approval Date

P. Leibel
Second Signature Verified by (if $500 or more) Date

Your spending account was charged on 06/28/05 Check No. 2934586 for the Amount $ 25.30

Received: ___

[signature]
Trust Accounts Signature Date

Distribution: White - Offender Accounts • Canary - Vender • Pink - Property • Goldenrod - Offender

**NOTICE:** Mailed from a MN Correctional Facility
Name: Mr. Mack, Eric
OID#: 125842
Address: 7600-525th St.
City/State/Zip: Rush City, MN 55069

RUSH CITY MN JUN 29'05
PB METER 7149080
$0.37 U.S. POSTAGE

RECEIVED BY MAIL
JUN 30 2005
CLERK US DIST COURT MINNEAPOLIS MN

United States District Court
300-South Fourth Street
Suite 202
Minneapolis, MN 55415

Attn: Jennifer Nurnberger
Financial Technician

55415+2263 96